IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN CODY WASHEE,<br><br>Defendant. | CR 22-94-BLG-SPW<br><br>ORDER |

Defendant having filed a Motion to Change Plea (Doc. 15) on October 3, 2022,

IT IS HEREBY ORDERED that the trial set for November 14, 2022 is **VACATED**.

IT IS FURTHER ORDERED that a change of plea hearing is set for **Friday, October 28, 2022 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between October 3, 2022 and October 28, 2022 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

1

IT IS FURTHER ORDERED that the Plea Agreement shall be filed with the Court on or before **October 26, 2022**.

DATED this 3rd day of October, 2022.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE