IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN CODY WASHEE,<br><br>Defendant. | CR 22-94-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the Change of Plea Hearing presently set for Friday, October 28, 2022 at 10:30 a.m. is **VACATED** and **RESET** for **Thursday, October 27, 2022 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 12th day of October, 2022.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1